AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Victor Manuel ALDAVAZ-Jurado<br><br>Defendant(s) | Case No:   24-1551 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of October 25, 2024 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections), an offense described as follows:

Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise

This criminal complaint is based on these facts:
On October 25th, 2024, The Las Cruces Border Patrol Station was contacted by New Mexico State Police requesting assistance. Border Patrol Agents arrived at approximately 12:56 p.m. at the intersection of Interstate 25 and mile marker 147 in Sierra County, New Mexico and was advised by New Mexico State Police, they needed assistance with identifying thirty passengers in a white Ford Van. The Agents questioned the driver, Defendant ALDAVAZ-Jurado, Victor as to his citizenship to which he stated he was a citizen of Mexico illegally present in the United States. The Agents questioned thirty passengers as to their citizenships and were determined that they were illegally present in the United States without any immigration documents that would allow them to remain in the United States Legally.

☒ Continued on the attached sheet.

_____
Complainant's signature

Steven Milam  Agent
Printed name and title

Sworn to before me and signed in my presence. — by telephone.

Date: October 27, 2024

_____
Judge's signature

City and state: Las Cruces, N.M.

Jerry H. Ritter, U.S. Magistrate Judge
Printed name and title

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Victor Manuel ALDAVAZ-Jurado

**Continuation of Statement of Facts:**

Defendant ALDAVAZ-Jurado, Victor and thirty passengers were placed under arrest and transported to the Las Cruces Border Patrol Station for further questioning and processing.

In a post Miranda interview, Defendant ALDAVAZ-Jurado, Victor stated he illegally entered the United States near Sunland Park, New Mexico on October 5, 2024. Defendant ALDAVAZ-Jurado, Victor stated once in the United States he was picked up by an unknown individual who drove him to a local business in Dona Ana County New Mexico and instructed a second individual to take him to an unknown stash house. Defendant ALDAVAZ-Jurado, Victor stated once at the stash house, an unknown individual offered him to transport illegal aliens to Albuquerque, New Mexico for monetary gain. Defendant ALDAVAZ-Jurado, Victor agreed to drive the vehicle and waited for further instructions from the unknown individual. Defendant ALDAVAZ-Jurado, Victor was provided instructions via cellphone by the unknown individual to transport twenty-three illegal aliens to a local business in Truth or Consequences, New Mexico and instructed him to wait for another vehicle to arrive with an additional seven illegal aliens to transport.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Assistant United States Attorney Aaron Jordan was presented with the aforementioned facts and authorized criminal prosecution of Defendant ALDAVAZ-Jurado, Victor for 8 U.S.C. 1324(a)(1)(A)(v)(I).

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Milam, Steven
Filing Agent